NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**METLAKATLA INDIAN COMMUNITY,**
*Appellant,*

v.

**KATHLEEN SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Appellee.*

---

2010-1378

---

Appeal from the Civilian Board of Contract Appeals in case no. 282-ISDA, Administrative Judge Jeri Kaylene Somers.

---

## ON MOTION

---

## ORDER

Kathleen Sebelius, Secretary of Health and Human Services, moves for a 46-day extension of time, until January 3, 2011, to file her brief due to settlement negotiations,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Geoffrey D. Strommer, Esq.
Jacob A. Schunk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK